ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT FRANCIS KOELFGEN, )
)
Plaintiff, ) Civil Action No. 00-CV-1048 (JRT/FLN)
)
v. )
) ~~PROPOSED~~ ORDER
TRW, )
)
Defendant. )
)

Upon motion by defendant, Experian Information Solutions, Inc., successor to TRW Inc.'s Information Services division ("Experian"), and the Court having considered all papers and pleadings of record, and for good cause shown,

IT IS HEREBY ORDERED THAT:

Experian's Motion to Compel is GRANTED.

Plaintiff, Robert F. Koelfgen shall produce his Rule 26(a)(1) disclosures to Experian within seven (7) days.

IT IS SO ORDERED this 25th day of Sept, 2000.

[signature]
United States Magistrate Judge

FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CH: 1119270v1