**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT FRANCIS KOELFGEN, Civil 00-1048 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

TRW

Defendant.

---

Robert F. Koelfgen, 1731 108th Street SW, Montrose, MN 55363, *pro se* plaintiff.

Marc S. Blackman, JONES, DAY, REAVIS & POGUE, 77 West Wacker Chicago, IL 60601, and Mark W. Vyvyan, FREDRIKSON & BYRON, 900 South Second Avenue South, Suite 1100, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion for to dismiss for want of prosecution or alternatively to compel [Docket No. 15] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: February 11, 2001
at Duluth, Minnesota

JOHN R. TUNHEIM
United States District Judge

JAN 11 2001