**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ROBERT FRANCIS KOELFGEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 00-CV-1048 (JRT/FLN) |
| | ) | |
| v. | ) | |
| | ) | |
| TRW, | ) | [redacted] **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation for Dismissal with Prejudice, this Court hereby orders that all claims raised or which could have been raised by plaintiff against defendant are dismissed with prejudice and that this case is finally terminated.

Dated: 1-24-2001

John R. Tunheim
United States District Court Judge

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

CH: 1139965v1